# EXHIBIT A

UNITED COLLECTION BUREAU, INC.  WWW.UCBINC.COM  January 2, 2020  Page 1
5620 SOUTHWYCK BLVD
TOLEDO OH 43614                                              1-877-455-8121

MAYER HIRSCH

| | |
|---|---|
| Current Creditor: | LVNV FUNDING LLC |
| Original Creditor: | CITIBANK, N.A. |
| Last Four Digits of Original Creditor Account Number: | |
| Last Payment Date: | 02-28-2019 |
| United Collection Bureau, Inc. Reference Number: | |
| Account Balance: | $8034.87 |

The above referenced account has been placed with our office for collection. Please pay the total amount stated.

The below is an itemized accounting of the debt as required by state statute:

| | |
|---|---|
| Original Creditor: | CITIBANK, N.A. |
| Total amount due as of charge-off: | $8132.72 |
| Total amount of interest accrued since charge-off: | $-97.85 |
| Total amount of non-interest charges accrued since charge off: | $0 |
| Total amount of non-interest fees accrued since charge off: | $0 |
| Total amount of payments made since charge-off: | $0.00 |

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt by United Collection Bureau, Inc., a debt collector, and any information obtained will be used for that purpose.

---

**SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

905CU027000ADNNY

PLEASE RETURN THIS PORTION WITH PAYMENT. DO NOT ATTACH CHECK TO STUB.

CU027000
PO Box 1280
Oaks PA 19456-1280
ADDRESS SERVICE REQUESTED

| | |
|---|---|
| Current Creditor: | LVNV FUNDING LLC |
| Last Four Digits of Original Creditor Acct. No: | |
| Account Balance: | $8034.87 |
| United Collection Bureau, Inc. Reference No: | |
| United Collection Bureau, Inc. Telephone No: | 1-877-455-8121 |

January 2, 2020

REMIT TO:

MAYER HIRSCH

UNITED COLLECTION BUREAU, INC.
PO BOX 1116
MAUMEE OH 43537-8116