UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MAYER HIRSCH, individually and on behalf
of all others similarly situated,

                              Plaintiff,                            JUDGMENT
                                                             20-cv-05166-BMC

      -against-

UNITED COLLECTION BUREAU, INC., and
LVNV FUNDING, LLC

                              Defendants.
------------------------------------------------------------ X

       A Minute Entry and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on December 30, 2020, granting Defendants' motion to dismiss for the reasons stated on the record; and dismissing the complaint; it is

       ORDERED and ADJUDGED that Defendants' motion to dismiss is granted for the reasons stated on the record; and that the complaint is dismissed.

Dated: Brooklyn, NY                                                Douglas C. Palmer
       January 4, 2021                                          Clerk of Court

                                                      By:    /s/*Jalitza Poveda*
                                                                      Deputy Clerk